United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                                                Case No. 26-01378-JNC

Alexis Antonio Ramos                                                                      Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5                                    User: admin                                              Page 1 of 1

Date Rcvd: Apr 15, 2026                           Form ID: van173                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

**Recip ID               Recipient Name and Address**
db                   +  Alexis Antonio Ramos, 275 Cottle Lake Dr., Coats, NC 27521-8769

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

J.M. Cook
                            on behalf of Trustee J.M. Cook j.m.cook@jmcookesq.com  karen.cook@jmcookesq.com;8516@notices.nextchapterbk.com

J.M. Cook
                            j.m.cook@jmcookesq.com  karen.cook@jmcookesq.com;8516@notices.nextchapterbk.com

Kathleen O'Malley
                            on behalf of Debtor Alexis Antonio Ramos komalley@smvt.com  lpetruska@smvt.com;O'MalleyKR55537@notify.bestcase.com

Kirstin E. Gardner
                            on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov
                            Tanya_aycock@nceba.uscourts.gov;Kylie_Bouplon@nceba.uscourts.gov;Kimberly_Summerlin@nceba.uscourts.gov;rick_hinson
                            @nceba.uscourts.gov

Pamela P. Keenan
                            on behalf of Creditor First Federal Bank pkeenan@kirschlaw.com

TOTAL: 5

**VAN–173** Order Regarding Status Conference – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Alexis Antonio Ramos
275 Cottle Lake Dr.
Coats, NC 27521

CASE NO.: 26–01378–5–JNC

DATE FILED: March 27, 2026

CHAPTER: 11

ORDER REGARDING STATUS CONFERENCE

The court conducted a status conference on April 15, 2026 pursuant to 11 U.S.C. § 1188(a) and the Order to File Plan and Notice of Status Conference dated April 6, 2026. Representatives of the debtor, bankruptcy administrator and Subchapter V trustee were present.

Counsel for the debtor timely filed and served a report detailing efforts undertaken and to be undertaken to attain a consensual plan of reorganization pursuant to 11 U.S.C. § 1188(c) and reported on those efforts at the status conference. Additionally, counsel for the debtor reported on the status of the debtor's compliance with Local Rule 4002.1.

DATED: April 15, 2026

Joseph N. Callaway
United States Bankruptcy Judge