**Fill in this information to identify the case:**

Debtor Name  Alexis Antonio Ramos

United States Bankruptcy Court for the  Eastern          District of  NC
                                                                    (State)

Case number  26-01378-5-JNC

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of [April 21, 2026] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Virtual Partner Management, LLC | 100% | 1 |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Alexis Antonio Ramos                                                     Case number 26-01378-5-JNC

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**      ✗ _____

Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
   MM /   DD   / YYYY

**For individual Debtors:**      ✗ _Signature_____

Signature of Debtor 1                                          Signature of Debtor 2

_Alexis A. Ramos_
Printed name of Debtor 1                                          Printed name of Debtor 2

Date _04_/_22_/_2026_                                          Date _____
   MM /   DD   / YYYY                                               MM /   DD   / YYYY

Debtor Name   Alexis Antonio Ramos                              Case number 26-01378-5-JNC

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

Debtor Name    Alexis Antonio Ramos                              Case number   26-01378-5-JNC

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Attached.

Bookkeeping software.
-Only current thru EOY 2025.

Debtor Name    Alexis Antonio Ramos

Case number 26-01378-5-JNC

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

    Attached.

Debtor Name    Alexis Antonio Ramos                                    Case number 26-01378-5-JNC

**Exhibit A-3: Statement of Cash Flows for** [Name of Controlled Non-Debtor Entity] **for period ending** [date]

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


n/a

Debtor Name   Alexis Antonio Ramos                                    Case number  26-01378-5-JNC

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


    n/a

Debtor Name   Alexis Antonio Ramos                          Case number 26-01378-5-JNC

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]


Intent will eventually be to create a self sustaining company that manages multiple ghost kitchens/ virtual restaurant brands.

Debtor Name   Alexis Antonio Ramos

Case number 26-01378-5-JNC

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

n/a

Debtor Name   Alexis Antonio Ramos                    Case number 26-01378-5-JNC

### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]


n/a

Debtor Name   Alexis Antonio Ramos         Case number 26-01378-5-JNC

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]


n/a

# Profit and Loss

## Virtual Partner Management LLC

January 1-December 31, 2025

|  | TOTAL |
| --- | --- |
| **Income** | |
| Sales | 44,421.33 |
| Services | 5.00 |
| **Total for Income** | **$44,426.33** |
| Cost of Goods Sold | |
| Cost of goods sold | |
| Subcontractor expenses | 2,431.18 |
| Supplies & materials | 365.36 |
| **Total for Cost of goods sold** | **$2,796.54** |
| **Total for Cost of Goods Sold** | **$2,796.54** |
| **Gross Profit** | **$41,629.79** |
| Expenses | |
| Advertising & marketing | -$9.84 |
| Social media | 143.88 |
| **Total for Advertising & marketing** | **$134.04** |
| Contributions to charities | 100.00 |
| Employee benefits | 35.00 |
| Entertainment with clients | 90.00 |
| General business expenses | $2,914.10 |
| Bank fees & service charges | 1,809.71 |
| Memberships & subscriptions | 159.37 |
| **Total for General business expenses** | **$4,883.18** |
| Meals | $208.60 |
| Meals with clients | 232.25 |
| Travel meals | 17.23 |
| **Total for Meals** | **$458.08** |
| Non Employee Labor | 0.00 |
| Office expenses | $38.12 |
| Merchant account fees | 404.85 |
| Shipping & postage | 404.00 |
| Software & apps | 720.15 |
| **Total for Office expenses** | **$1,567.12** |
| Supplies | $1,397.77 |
| Supplies & materials | 898.21 |
| **Total for Supplies** | **$2,295.98** |
| Supplies/ Food | 1,349.06 |
| Travel | 273.50 |
| Utilities | |
| Internet & TV services | 25.66 |
| **Total for Utilities** | **$25.66** |
| **Total for Expenses** | **$11,211.62** |
| **Net Operating Income** | **$30,418.17** |

# Profit and Loss

## Virtual Partner Management LLC

January 1-December 31, 2025

|  | TOTAL |
|---|---:|
| **Other Income** | |
| Other income | 0.79 |
| **Total for Other Income** | **$0.79** |
| **Other Expenses** | |
| Vehicle expenses | $379.41 |
| Parking & tolls | 12.72 |
| Vehicle gas & fuel | 257.55 |
| Vehicle wash & road services | 47.00 |
| **Total for Vehicle expenses** | **$696.68** |
| **Total for Other Expenses** | **$696.68** |
| **Net Other Income** | **-$695.89** |
| **Net Income** | **$29,722.28** |

Accrual Basis  Tuesday, April 21, 2026 07:04 PM GMTZ

# Balance Sheet - 2025

## Virtual Partner Management LLC

As of Dec 31, 2025

|  | TOTAL |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| VPM (5696) - 1 | 29,722.28 |
| **Total for Bank Accounts** | **$29,722.28** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 0.00 |
| **Total for Accounts Receivable** | **$0.00** |
| **Total for Current Assets** | **$29,722.28** |
| **Total for Assets** | **$29,722.28** |
| **Liabilities and Equity** | |
| Liabilities | |
| **Total for Liabilities** | |
| Equity | |
| Retained Earnings | |
| Net Income | 29,722.28 |
| **Total for Equity** | **$29,722.28** |
| **Total for Liabilities and Equity** | **$29,722.28** |

Accrual Basis  Tuesday, April 21, 2026 07:09 PM GMTZ