UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>Alexis Antonio Ramos | CASE NO: 26-01378-5-JNC<br><br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 7/30/2026, I did cause a copy of the following documents, described below,

Notice of Debtor's First Interim Application for Attorney for Debtor Fees and Expense Reimbursement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/30/2026

/s/ Kathleen O'Malley
Kathleen O'Malley  51654

STEVENS MARTIN VAUGHN & TADYCH, PLLC
2225 W. Millbrook Rd.
Raleigh, NC 27612
919-582-2323
lpetruska@smvt.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

Alexis Antonio Ramos

CASE NO: 26-01378-5-JNC

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 7/30/2026, a copy of the following documents, described below,

Notice of Debtor's First Interim Application for Attorney for Debtor Fees and Expense Reimbursement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/30/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kathleen O'Malley
STEVENS MARTIN VAUGHN & TADYCH, PLLC
2225 W. Millbrook Rd.
Raleigh, NC  27612

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
04175
CASE 26-01378-5-JNC
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH
THU JUL 30 13-35-41 EDT 2026

AG PROPERTIES INC
ATTN MANAGING AGENT
668 COTTONFIELD CIR
WAXHAW NC 28173-9387

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

(P)ALLIANCE FUNDING GROUP
ATTN BRIAN KNOX
18231 IRVINE BOULEVARD
TUSTIN CA 92780-3432

AMERICAN COMMERCE BANK
ATTN MANAGING AGENT
400 US HIGHWAY 27 BYPASS
BREMEN GA 30110-1973

AMERICAN COMMERCE BANK NA
CO GRAHAM H STIEGLITZ
BURR  FORMAN LLP
1075 PEACHTREE ST STE 3000
ATLANTA GEORGIA 30309-3912

AMERICAN EXPRESS
ATTN MANAGING AGENT
PO BOX 297871
FORT LAUDERDALE FL 33329-7871

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN HONDA FINANCE
ATTN MANAGING AGENT
13856 BALLANTYNE CORPORA
CHARLOTTE NC 28277-2711

ASCENTIUM CAPIAL
ATTN MANAGING AGENT
23970 HWY 59 N
KINGWOOD TX 77339-1535

BEAR ROBOTICS INC
ATTN MANAGING AGENT
16650 WESTGROVE DR STE 175
ADDISON TX 75001-5669

BUSINESS EXPANSION FUNDING CORPORATION
ATTN MANAGING AGENT
5970 FAIRVIEW RD STE 218
CHARLOTTE NC 28210-3124

JM COOK
JM COOK PA
5886 FARINGDON PLACE
SUITE 100
RALEIGH NC 27609-3932

DARYL J GERBER
511 RED HAVEN RD
PALMYRA PA 17078-8628

ED SWOPE
3986 LINVILLE EDOM RD
LINVILLE VA 22834-2344

EGYPT CROSSING LLC
ATTN MANAGING AGENT
700 EXPOSITION PLACE STE 131
RALEIGH NC 27615-1561

FIRST CITIZENS
ATTN MANAGING AGENT
POB 1580
ROANOKE VA 24007-1580

FIRST CITIZENS BANK
ATTN MANAGING AGENT
239 FAYETTEVILLE ST
RALEIGH NC 27601-1309

FIRST CITIZENS BANK
ATTN MANAGING AGENT
239 FAYETTEVILLE ST
RALEIGH NC 27601-1309

FIRST FEDERAL BANK
ATTN MANAGING AGENT
PO BOX 1049
DUNN NC 28335-1049

FIRST FEDERAL BANK
PO BOX 1049
DUNN NC 28335-1049

(P)FIRST CITIZENS BANK TRUST COMPANY
P O BOX 25187
RALEIGH NC 27611-5187

(P)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

HOLSCHER EDWARDS  HILL PA
WILLIAM F HILL
PO BOX 1747
WASHINGTON NC 27889-1747

HUNTINGTON NATIONAL BANK
ATTN MANAGING AGENT
7 EASTON OVAL
COLUMBUS OH 43219-6060

IDEA 247 INC DBA IDEA FINANCIAL
CO WELTMAN WEINBERG AND REIS CO LPA
5990 WEST CREEK RD SUITE 200
INDEPENDENCE
OH 44131-2191

IDEA 247 INC DBA IDEA FINANCIAL
CO WELTMAN WEINBERG  REIS CO LPA
5990 WEST CREEK RD SUITE 200
INDEPENDENCE OH 44131-2191

(P)IDEA 247 INC D B A IDEA FINANCIAL
800 NW 62 AVENUE
SUITE 750
MIAMI FL 33126-5055

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL SYSTEM
ATTN MANAGING AGENT
200 14TH AVE E
SARTELL MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

PAMELA P KEENAN
KIRSCHBAUM NANNEY KEENAN  GRIFFIN PA
PO BOX 19766
RALEIGH NC 27619-9766

KIRSCHBAUM NANNEY KEENAN  GRIFFIN PA
ATTN PAM KEENAN
PO BOX 19806
RALEIGH NC 27619-9806

KNIGHTDALE CROSSING LLC
ATTN MANAGING AGENT
PO BOX 40633
RALEIGH NC 27629-0633

LEXI GRAY PROPERTY MANAGEMENT
ATTN MANAGING AGENT
2719 GRAVES DR BLDG 21
GOLDSBORO NC 27534-4550

MITSUBISHI HC CAPITAL AMERICA
ATTN MANAGING AGENT
PO BOX 1880
MINNEAPOLIS MN 55480-1880

NC ATTORNEY GENERAL
ATTN MANAGING AGENT
9001 MAIL SERVICE CENTER
RALEIGH NC 27699-9001

NC DEPARTMENT OF COMMERCE
DIVISION OF EMPLOYMENT SECURITY
PO BOX 26504
RALEIGH NC 27611-6504

NC DEPARTMENT OF REVENUE
OFFICE SERVICES DIV BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

PARAFIN
ATTN MANAGING AGENT
301 HOWARD ST STE 1500
SAN FRANCISCO CA 94105-6611

(P)PAWNEE LEASING CORPORATION ATTN SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735

(P)RISE ALLIANCE
22 W 38TH ST
2 FL
NEW YORK NY 10018

SMALL BUSINESS ADMINISTRATION
ATTN MANAGING AGENT
1835 ASSEMBLY ST STE 1425
COLUMBIA SC 29201-2453

SMITH DEBNAM NARRON DRAKE SAINTSING  MYERS
ATTN JEFF D ROGERS
5821 FAIRVIEW RD STE 100
CHARLOTTE NC 28209-3829

SYSCO RALEIGH LLC
ATTN MANAGING AGENT
1032 BAUGH RD
SELMA NC 27576-9105

THE BANCORP BANK
ATTN MANAGING AGENT
409 SILVERSIDE RD STE 105
WILMINGTON DE 19809-1771

THE HUNTINGTON NATIONAL BANK
PO BOX 89424
OPC856
CLEVELAND OH 44101-6424

THE REV TRUST OF CHINYEH ROSE HOSTLER
CO CHINYEH HOSTLER TRUSTEE
1101 1ST ST STE 206
CORONADO CA 92118-1473

THREAD CAPITAL INC
ATTN MANAGING AGENT
4021 CARYA DRIVE
RALEIGH
NC 27610-2914

THREAD CAPITAL INC CO NC RURAL CENTER
4021 CARYA DR 160
RALEIGH NC 27610-2914

TIMEPAYMENT CORP
400 TRADECENTER SUITE 6950
WOBURN MA 01801-7476

TIMEPAYMENT CORP
ATTN MANAGING AGENT
400 TRADECENTER STE 6950
WOBURN MA 01801-7476

TINY FROG INC
275 COTTLE LAKE DR
COATS NC 27521-8769

TRUIST BANK
BANKRUPTCY DEPARTMENT 306400495
PO BOX 27767
RICHMOND VA 23261-7767

TRUIST MORTGAGE
ATTN MANAGING AGENT
1001 SEMMES AVE
RICHMOND VA 23224-2245

US ATTORNEY GENERAL (IRS)
ATTN MANAGING AGENT
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

US ATTORNEYS OFFICE (ED)
ATTN MANAGING AGENT
150 FAYETTEVILLE ST STE 2100
RALEIGH NC 27601-2959

US DEPARTMENT OF LABOR
ATTN MANAGING AGENT  WAGE  HOUR DIVIS
61 FORSYTH ST SW ROOM 7M80
ATLANTA GA 30303-8941

US PREMIER FEDERAL CREDIT UNION
ATTN MANAGING AGENT
6462 LITTLE RIVER TPKE
ALEXANDRIA VA 22312-1411

US SMALL BUSINESS ADMINISTRATION
NORTH CAROLINA DISTRICT OFFICE
6302 FAIRVIEW RD SUITE 300
CHARLOTTE NC 28210-2234

(P)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422